23 So.2d 149

### Henry STEWART v. STATE.
6 Div. 182.

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

21 So.2d 857

### Willie Lee STRICKLAND v. STATE.
7 Div. 833.

Court of Appeals of Alabama.
March 27, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

26 So.2d 926

### Hulon SULLIVAN v. J. T. COOK.
6 Div. 294.

Court of Appeals of Alabama.
April 23, 1946.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

25 So.2d 857

### Hoyt SWANN v. STATE.
6 Div. 295.

Court of Appeals of Alabama.
March 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 149

### Hiawather TARVER v. STATE.
4 Div. 865.

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 886

### Jeannie (alias Janie B.) TARVER v. STATE.
4 Div. 906.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.